1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States




8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            | 2:16-CV-02763-MCE-AC
12 |             Plaintiff,                |
13 | v.                                    | ORDER REGARDING CLERK'S
   |                                       | ISSUANCE OF WARRANT FOR ARREST
   |                                       | OF ARTICLES *IN REM*
14 | APPROXIMATELY $19,980.00 IN U.S.       |
   | CURRENCY,                              |
15 |                                       |
   |             Defendant.                 |

18      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 22, 2016,

19 in the United States District Court for the Eastern District of California, alleging that the defendant

20 Approximately $19,980.00 in U.S. Currency ("defendant currency") is subject to forfeiture to the

21 United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

22      And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and

23 the affidavit of Federal Bureau of Investigation Special Agent Heriberto Cadena, there is probable

24 cause to believe that the defendant currency so described constitutes property that is subject to

25 forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In*

26 *Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims

27 and Asset Forfeiture Actions;

1  IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District
2  of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 11-22-16

_____
DEBORAH L. BARNES
United States Magistrate Judge